UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Mamary Coulibaly<br>aka Mamary Biton Coulibaly<br>         Debtor | Case: 17-15646-mdc<br><br>Chapter 13 |
| SN Servicing Corporation as<br>servicer for U.S. Bank Trust<br>National Association, as Trustee of<br>the Igloo Series IV Trust<br>         Movant | Judge: Magdeline D. Coleman |
| Mamary Coulibaly<br>aka Mamary Biton Coulibaly<br>William C. Miller, Trustee<br>         Respondents | |

## CONSENT ORDER RESOLVING POST-PETITION DEFAULT

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

Upon consent of the parties, it is **ORDERED** that Debtor's post-petition default is resolved, subject to the following conditions:

1. Status of Arrearages:

- The Debtor is overdue for **8** months, from **April 1, 2020** to **November 1, 2020**.
- The Debtor is overdue for **8** payments at **$896.19** per month.
- The Debtor is due for attorney's fees and costs in the amount of **$1,231.00**.
- Suspense Balance is **$409.91**

    Total Arrearages Due: **$7,990.61**

2. Cure for Post-Petition Arrearages:

- On or before **November 30, 2020**, Debtor shall tender funds in the amount of **$7,990.61**, bring the loan post-petition current through November 2020.
- Beginning on **December 1, 2020**, regular monthly payments shall resume in the amount of **$896.19**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

    Payments:           SN Servicing Corporation
                        P.O. Box 660820
                        Dallas, TX 75266

In the event of default:

If the Debtor fails to make regular monthly payments or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

/"s"/ Mitchell J. Prince, Esq. (11/23/20)
John L. McClain, Esq.  /Mitchell J Prince, Esq.
*Attorney for Debtor*

/s/ Lorraine Gazzara Doyle, Esq.
Lorraine Gazzara Doyle, Esq.
*Attorney for Secured Creditor*

No Objection

/s/ LeeAne Huggins
William Miller- Trustee
December 8, 2020

Mamary Coulibaly
aka Mamary Biton Coulibaly
*Debtor*

BY THE COURT:

December 15, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE